

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2019

<u>By ECF</u>

The Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States et al. ex rel. Patsy Gallian v. AmerisourceBergen Corp., et al.,* Civil Action No.: 16-CV-2458 (Vitaliano, J.)(Bloom, M.J.)

Dear Judge Bloom:

      This letter is written in accordance with Your Honor's October 17, 2019 Order directing the United States to provide a status report on its position in this case no later than December 16, 2019. The United States filed its Notice of Election to Decline Intervention in this action on April 2, 2019, Docket Entry 11. Relator subsequently filed an amended complaint under seal. The position of the United States regarding its decision to decline intervention remains unchanged with respect to the amended complaint. The Order dated April 2, 2019, Docket Entry 12, sets forth the status of the United States in this action. Specifically, the April 2 Order requires that:

    1. [T]he parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    2. [T]he parties shall serve all notices of appeal upon the United States;

    3. [A]ll orders of this Court shall be sent to the United States; and that

4. [S]hould the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    The undersigned thanks the Court for its consideration.

                                 Respectfully submitted,

                                 RICHARD P. DONOGHUE
                                 United States Attorney

By:   *s/Deborah B. Zwany*
        DEBORAH B. ZWANY
        Assistant U.S. Attorney
        (718) 254-6010