**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES of AMERICA ex rel. PATSY GALLIAN, the STATES of ALABAMA, CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, KANSAS, LOUISIANA,  MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON ex rel. PATSY GALLIAN, the COMMONWEALTHS of KENTUCKY, MASSACHUSETTS, PENNSYLVANIA, and VIRGINIA ex rel. PATSY GALLIAN, and the DISTRICT of COLUMBIA ex rel. PATSY GALLIAN, and PATSY GALLIAN, Individually,<br><br>            Plaintiffs,<br><br>         v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, and US BIOSERVICES CORPORATION,<br><br>            Defendants. | CASE NO. 16-CV-2458<br><br>(VITALIANO, J) |

**MOTION TO WITHDRAW MATTHEW J.D. HOGAN AS COUNSEL FOR DEFENDANTS AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, US BIOSERVICES CORPORATION**

Undersigned counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Specialty Group, and US Bioservices Corporation (collectively, "Defendants") respectfully requests that the Court enter an order granting leave to withdraw Matthew J.D. Hogan as counsel for Defendants and discharging him of any further

responsibility in this case. The remaining undersigned counsel of Morgan, Lewis & Bockius LLP will continue to represent Defendants in this matter.

WHEREFORE, the undersigned counsel requests that the Court enter an order permitting Matthew J.D. Hogan to withdraw as counsel for Defendants and for such other and further relief as the Court deems just and proper.

DATED: March 9, 2021

Respectfully submitted,

/s/ Matthew J.D. Hogan
Matthew J.D. Hogan (PA Bar No. 91957)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. (215).963.5000
Fax (215).963.5001
matthew.hogan@morganlewis.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Matthew J.D. Hogan, hereby certify that I served a true and correct copy of the foregoing Motion to Withdraw as Counsel for Defendants with supporting papers to all counsel of record via the Court's ECF system on March 9, 2021.

/s/ Matthew J.D. Hogan
Matthew J.D. Hogan
