UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES of AMERICA ex rel. PATSY GALLIAN, the STATES of ALABAMA, CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, KANSAS, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON ex rel. PATSY GALLIAN, the COMMONWEALTHS of KENTUCKY, MASSACHUSETTS, PENNSYLVANIA, and VIRGINIA ex rel. PATSY GALLIAN, and the DISTRICT of COLUMBIA ex rel. PATSY GALLIAN, and PATSY GALLIAN, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, and US BIOSERVICES CORPORATION,<br><br>Defendants. | CASE NO. 16-CV-2458<br><br>(VITALIANO, J) |

**DECLARATION OF ADAM HAMMOUD IN SUPPORT OF MOTION TO WITHDRAW MATTHEW J.D. HOGAN AS COUNSEL FOR DEFENDANTS**

Adam Hammoud, an attorney in good standing admitted to practice in this Court, declares the following:

1. I am an Associate in the law firm Morgan, Lewis & Bockius LLP and counsel of record for Defendants AmerisourceBergen Corporation, AmerisourceBergen Specialty Group, and US Bioservices Corporation (collectively, "Defendants") in this case.

2. This Declaration is made in support of Defendants' Motion to Withdraw Matthew J.D. Hogan as Counsel for Defendants.

3. Matthew J.D. Hogan was a partner in the Philadelphia office of Morgan, Lewis & Bockius LLP, but, as of March 8, 2021, is no longer be with the Firm.

4. Accordingly, Matthew J.D. Hogan should be relieved of his responsibilities and duties to Defendants, and removed as counsel of record.

5. While no substitution of counsel is necessary, as Defendants have been and will continue to be represented in this action by Adam Hammoud of Morgan, Lewis & Bockius LLP, Eric W. Sitarchuk, another partner in the Philadelphia office of Morgan, Lewis & Bockius LLP has filed a motion to appear pro hac vice and will also represent Defendants in this action.

6. Based on the foregoing, I respectfully request that the Court enter an order allowing Matthew J.D. Hogan to withdraw as counsel of record for Defendants.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 9th day of March 2021.

                                                        /s/ Adam Hammoud
                                                        Adam Hammoud