**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES of AMERICA ex rel. PATSY GALLIAN, the STATES of ALABAMA, CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, KANSAS, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON ex rel. PATSY GALLIAN, the COMMONWEALTHS of MASSACHUSETTS, PENNSYLVANIA, and VIRGINIA ex rel. PATSY GALLIAN, and the DISTRICT of COLUMBIA ex rel. PATSY GALLIAN, and PATSY GALLIAN, Individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, and US BIOSERVICES CORPORATION,<br><br>    Defendants. | CASE NO. 16-CV-2458<br><br>(VITALIANO, J) |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that:

Counsel's motion to withdraw Matthew J.D. Hogan as counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Specialty Group, and US Bioservices Corporation (collectively, "Defendants") is GRANTED. It is therefore ORDERED that Matthew J.D. Hogan shall no longer be listed as attorney-of-record for Defendants in this matter.

IT IS FURTHER ORDERED that Adam Hammoud of Morgan, Lewis & Bockius LLP will continue to represent Defendants in this matter.

SO ORDERED this ___ day of _____ 2021:

_____
The Honorable Eric N. Vitaliano
United States District Court Judge
United States District Court
The Eastern District of New York