# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES of AMERICA ex rel. PATSY GALLIAN, the STATES of ALABAMA, CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, KANSAS, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON ex rel. PATSY GALLIAN, the COMMONWEALTHS of MASSACHUSETTS, PENNSYLVANIA, and VIRGINIA ex rel. PATSY GALLIAN, and the DISTRICT of COLUMBIA ex rel. PATSY GALLIAN, and PATSY GALLIAN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, and US BIOSERVICES CORPORATION, <br><br> Defendants. | CASE NO. 16-CV-2458 <br><br> (VITALIANO, J) |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that:

Plaintiff-Relator Patsy Gallian's Motion to Reconsider Dismissal of 31 U.S.C. § 3729(a)(1)(G) Cause of Action and Dismissal with Prejudice, Refusing to Grant Leave to Amend (ECF No. 74) and Motion for Leave to Amend (ECF No. 75) are **DENIED.**

SO ORDERED this ___ day of _____ 2023:

The Honorable Eric N. Vitaliano  
United States District Court Judge  
United States District Court  
The Eastern District of New York