UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES, et al. ex rel PATSY GALLIAN,

        Plaintiffs,

        v.

AMERISOURCEBERGEN CORP., et al.

        Defendants,

**NOTICE OF APPEARANCE**

Civil Action No.
16-cv-2458 (ENV)(LB)

---------------------------------------------------------------x

    PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, RICHARD K. HAYES Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Plaintiff United States. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
       June 21, 2023

                              BREON PEACE
                              United States Attorney

        By:    */s/ Richard K. Hayes*
                RICHARD K. HAYES
                Assistant U.S. Attorney
                718-254-6050
                richard.hayes@usdoj.gov