# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES of AMERICA *ex rel.* PATSY GALLIAN, and PATSY GALLIAN, Individually<br><br>Plaintiffs,<br>v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN SPECIALTY GROUP, AND US BIOSERVICES CORPORATION,<br><br>DEFENDANTS. | ) ) ) ) **RELATOR'S REPLY TO** ) **DEFENDANTS' RESPONSE TO** ) **MOTION FOR ENTRY OF** ) **DECISION ON MOTIONS TO** ) **RECONSIDER AND FOR LEAVE TO** ) **FILE AMENDED COMPLAINT** ) ) ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) **CASE NO. 16-CV-2458** ) ) **(VITALIANO, J)** ) |

### RELATOR'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR ENTRY OF DECISION ON MOTIONS TO RECONSIDER AND FOR LEAVE TO FILE AMENDED COMPLAINT

**TO:** THE HONORABLE ERIC N. VITALIANO,
UNITED STATES DISTRICT JUDGE

Qui Tam Relator Patsy Gallian ("Relator" or "Gallian") files this Reply to Defendants' Response to Motion for Entry Of Decision On Motions To Reconsider and for Leave To File Amended Complaint.

Defendants first ask the Court (ECF No. 83) to deny Relator's Motion for Entry of Decision (ECF No. 82) on Relator's underlying (a) Motion to Reconsider and (b) Motion for Leave To Amend and File Third Amended Complaint (ECF Nos. 74-75). Second, and

contradictorily, Defendants ask the Court to deny Relator's Motion to Reconsider and Motion for Leave to Amend, which, of course, would involve entering a decision on Relator's Motions.

Defendants correctly discern that Relator has made no new arguments in the current motion in support of the underlying motions. Relators, like Defendants, rely on their prior briefing on the underlying motions. (ECF Nos. 74-75), Relator's Motions; (ECF No. 76), Defendants' Response. Admittedly, like Defendants, Relator would prefer that the requested decision be in her favor. Fundamentally, however, Relator, like Defendants, asks the Court to enter orders on the underlying motions.

Dated: July 25, 2025

                                                                          Respectfully submitted,

                                                                         /s/ *Samuel L. Boyd*
Samuel L. Boyd
Texas SBN: 02777500
Catherine C. Jobe
Texas SBN: 10668280
**BOYD & ASSOCIATES, PC**
6440 North Central Expressway, Suite 600
Dallas, Texas 75206-4101
Telephone: (214) 696-2300
sboyd@boydfirm.com
cjobe@boydfirm.com

Richard D. Meadow
EDNY Bar Number: RM2621
Alex J. Brown
Texas SBN: 24026964
Chris Gadoury
Texas SBN: 24034448
**LANIER LAW FIRM**
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
Telephone: (800) 723-3216

**Counsel for Relator/Qui Tam Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record, via the Court's CM/ECF system, this 25th day of July, 2025.

/s/ *Catherine C. Jobe*